HENDRY, Judge.
Alan Dubow, an unsuccessful candidate for state senate in 1984, appeals from a final order entered in an administrative proceeding, finding that he violated section 106.07, Florida Statutes (1983),[1] in that he failed to file certain financial reports required by that section. We reverse upon a finding that the section of the statute relied upon by appellee Florida Elections Commission does not apply to candidates but, instead, applies to campaign treasurers filing on behalf of a candidate. Appel-lee had to bootstrap inference upon inference to reach its conclusion that the statute places a coextensive duty on both the candidate and his campaign treasurer to file the required reports in a timely fashion. The plain language of the statute does not support appellee’s position. Therefore, the order under review is reversed.
Reversed.

. Section 106.07(1), Florida Statutes, relative to the required filing dates, was amended by Chap-fer 85-226, section 6, Laws of Florida, effective January 1, 1986.